IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

DONALD BARCUS and LOIS BARCUS, )
husband and wife; ALBERT MITCHEM and )
CATHY MITCHEM, husband and wife; )
DANNIE OSBORNE and BENONA OSBORNE, )
husband and wife; WILLIAM THOMAS and )
KAREN THOMAS, husband and wife; VIRGIL )
WADE and WILMA WADE, husband and wife, )
　)
   Plaintiffs, )
　)
vs. )  Civil Action No. 3:08-CV-0344
　)
LINDE, INC., f/k/a THE BOC GROUP, INC., )
f/k/a AIRCO, INC., a Delaware Corporation; )
THE ESAB GROUP, INC., a Delaware )
Corporation, individually and as successor in )
interest to Alloy Rods, Inc. and Chemetron )
Corporation; HOBART BROTHERS COMPANY, )
an Ohio Corporation; THE LINCOLN ELECTRIC )
COMPANY, an Ohio Corporation; BECKLEY )
WELDING SUPPLY, INC., a West Virginia )
Corporation; MABSCOTT SUPPLY COMPANY, )
a West Virginia Corporation; TRI-STATE )
OXYGEN OF WEST VIRGINIA, INC., a West )
Virginia Corporation; VALLEY NATIONAL )
GASES, INC., a West Virginia Corporation; )
WILLARD C. STARCHER, INC., a West )
Virginia Corporation; JOHN DOE ONE through )
JOHN DOE TEN, )
　)
   Defendants. )

ENTERED
JUL - 3 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## **CONSENT ORDER**

  This matter having come before the Court and having been advised that all parties are in agreement, and being otherwise advised, finds as follows:

1. The parties involved in the above-referenced case agree that Defendants Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation, Case No. 3:08-cv-00344, filed on May 23, 2008 in the United States District Court for the Southern District of West Virginia, should be granted.

2. The parties further agree that this case should be transferred to the Welding Fume Products Liability Multidistrict Litigation by the MDL Panel.

3. The parties further agree that the Plaintiffs' Motion to Remand is appropriately heard and decided in the Welding Fume Products Liability Litigation; provided however, that as set forth in their Motion to Remand, Plaintiffs maintain that the removal was improper and that the case should be remanded to the Circuit Court of Wayne County, West Virginia.

IT IS HEREBY ORDERED AND ADJUDGED that this matter is stayed pending transfer of the case to the Welding Fume Products Liability Multidistrict Litigation by the MDL Panel.

SO ORDERED this the 3d day of July, 2008.

_____
The Honorable Robert Chambers

AGREED AND APPROVED BY:

_____
Christopher Luzier, Esq. (WV I.D. #9835)
James F. Humphries & Associates, L.C.
500 Virginia St. East
Suite 800, United Center
Charleston, WV 25301
Telephone: (304) 347-5050
Facsimile: (304) 347-5055
*Attorney for Plaintiffs*

*signature* (e/r)

David Lamm, Esq. (WV I.D. #6445)
Davis, McFarland & Carroll, P.C.
10th Floor, One Gateway Center
Pittsburgh, PA 15222-1416
Telephone: (412) 281-0737
Facsimile: (412) 261-7251


*signature*

Edward W. Rugeley, III, Esq.
Andrew P. Arbogast, Esq.
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard East
P.O. Box 1723
Charleston, WV 25321
*Attorneys for Defendants The ESAB Group, Inc., Hobart Brothers Company, The Lincoln Electric Company, Linde, Inc., f/k/a The BOC Group, Inc., Valley National Gases, Inc., and Willard C. Starcher, Inc.*


*signature* (e/r)

J. Greg Goodykoontz, Esq.
Kelly J. Little-Guice, Esq.
Steptoe & Johnson, PLLC
Chase Tower, Sixth Floor
P.O. Box 2190
Clarksburg, WV 26302-2190
*Attorneys for Defendant Beckley Welding Supply*


*signature* (e/r)

Justin C. Taylor, Esq.
Bailey & Wyant, PLLC
500 Virginia St. East, Suite 600
P.O. Box 3710
Charleston, WV 25337
*Attorneys for Tri-State Oxygen of West Virginia, Inc. and Mabscott Supply Company*

-4-

/s/ Jennifer Czeisler (ewk)
_____
P. Joseph Craycraft, Esq.
Dickie, McCamey & Chilcote, L.C.
1233 Main St., Suite 2002
Wheeling, WV 26003
*Co-Counsel for Valley National Gases, Inc.*

{D0315035:1}                                -4-